UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| FORBES, BARBARA J | § | Case No. 10-49825 MB |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/05/2012 in Courtroom 250,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geveva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| FORBES, BARBARA J | § | Case No. 10-49825 MB |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 7,000.68 |
| and approved disbursements of | $ | 41.06 |
| leaving a balance on hand of[1] | $ | 6,959.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,450.07 | $ 0.00 | $ 1,450.07 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 2,287.50 | $ 0.00 | $ 2,287.50 |
| Attorney for Trustee Expenses: Thomas E. Springer | $ 258.43 | $ 0.00 | $ 258.43 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 5.80 | $ 5.80 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,996.00 |
| Remaining Balance | | $ | 2,963.62 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,248.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 5,605.37 | $ 0.00 | $ 1,022.36 |
| 2 | FIA Card Services, NA/Bank of America | $ 10,643.45 | $ 0.00 | $ 1,941.26 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,963.62 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-49825-MB
Barbara J Forbes                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: adragonet        Page 1 of 2        Date Rcvd: Mar 19, 2012
                            Form ID: pdf006        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2012.
```
db          +Barbara J Forbes,    563 Binder St.,    Aurora, IL 60505-5263
16390050     Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
16390051     Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
16390053     Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
16390054     Visa,    PO Box 4521,    Carol Stream, IL 60197-4521
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16937715     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2012 03:24:48      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16390052     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2012 03:24:48      Discover Card,   PO Box 6103,
              Carol Stream, IL 60197-6103
17359818     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 20 2012 02:24:13
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Thomas E. Springer
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 21, 2012**            **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: adragonet              Page 2 of 2                  Date Rcvd: Mar 19, 2012
                              Form ID: pdf006              Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2012 at the address(es) listed below:
          Nicole K Fishkin   on behalf of Plaintiff Thomas Springer nfishkin@otrlaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Stephen J West   on behalf of Debtor Barbara Forbes tmalaw@sjwlawott.com
          Thomas E Springer   on behalf of Plaintiff Thomas Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
          Thomas E Springer    tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                                                   TOTAL: 5