UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FORBES, BARBARA J | § | Case No. 10-49825 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citimortgage PO Box 183040 Columbus, OH 43218-3040 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| THOMAS E. SPRINGER | | | | | |
| THOMAS E. SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Discover Card PO Box 6103 Carol Stream, IL 60197-6103 | | | | | |
| | Home Depot Credit Services Processing Center Des Moines, IA 50364-0500 | | | | | |
| | Visa PO Box 4521 Carol Stream, IL 60197-4521 | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 2 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-49825    MB    Judge: Manuel Barbosa | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | FORBES, BARBARA J | | Date Filed (f) or Converted (c): | 11/08/10 (f) |
| | | | 341(a) Meeting Date: | 12/20/10 |
| For Period Ending: | 07/31/12 | | Claims Bar Date: | 06/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 563 Binder St., Aurora IL 60505 2 bedroo | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account - Earthmovers Credit Union | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. Miscellaneous household goods, furniture & furnish | 800.00 | 0.00 | DA | 0.00 | FA |
| 4. Wearing apparel | 50.00 | 0.00 | DA | 0.00 | FA |
| 5. 2004 Hyundai | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Turnover of preference transfer funds (u) | 7,000.00 | 7,000.00 | | 7,000.00 | FA |
| Remitted by transferee, Earhmover's Credit Union, upon Trustee's demand letter | | | | | |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.68 | Unknown |

|  | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $102,400.00 | $7,000.00 | | $7,000.68 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file objecitons thereto, if necessary.  If no objecitons are necessary, the Final Report will be filed.

Initial Projected Date of Final Report (TFR): 02/15/12     Current Projected Date of Final Report (TFR): 02/15/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-49825 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | FORBES, BARBARA J | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0902  MONEY MARKET |
| Taxpayer ID No: | *******0749 | | |
| For Period Ending: | 07/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/08/11 | 6 | EarthMovers Credit Union 2195 Baseline Road Oswego, IL 60543 | Turnover of preferential transfer from Earthmovers Credit Union | 1241-000 | 7,000.00 | | 7,000.00 |
| 03/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 7,000.04 |
| 04/26/11 | 000100 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 5.80 | 6,994.24 |
| 04/29/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,994.30 |
| 05/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,994.36 |
| 06/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,994.42 |
| 07/29/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,994.48 |
| 08/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,994.54 |
| 09/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,994.60 |
| 10/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,994.66 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.91 | 6,985.75 |
| 11/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,985.81 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.61 | 6,977.20 |
| 12/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,977.26 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.60 | 6,968.66 |
| 01/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,968.72 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.14 | 6,959.58 |
| 02/24/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 6,959.62 |
| 02/24/12 | | Transfer to Acct #*******1864 | Final Posting Transfer | 9999-000 | | 6,959.62 | 0.00 |

Page Subtotals       7,000.68       7,000.68

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-49825 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FORBES, BARBARA J | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0902 MONEY MARKET |
| Taxpayer ID No: | *******0749 | | | |
| For Period Ending: | 07/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 7,000.68 | 7,000.68 | 0.00 |
| | | Less: Bank Transfers/CD's | | 0.00 | 6,959.62 | |
| | | Subtotal | | 7,000.68 | 41.06 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 7,000.68 | 41.06 | |

Page Subtotals     0.00     0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 10-49825 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | FORBES, BARBARA J | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1864  GENERAL CHECKING |
| Taxpayer ID No: | *******0749 | | |
| For Period Ending: | 07/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/24/12 | | Transfer from Acct #*******0902 | Transfer In From MMA Account | 9999-000 | 6,959.62 | | 6,959.62 |
| 04/13/12 | 001000 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Chapter 7 Compensation/Fees | 2100-000 | | 1,450.07 | 5,509.55 |
| 04/13/12 | 001001 | Thomas E. Springer<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Attorney for Trustee Fees (Trustee | | | 2,545.93 | 2,963.62 |
| | | | Fees          2,287.50 | 3110-000 | | | |
| | | | Expenses        258.43 | 3120-000 | | | |
| 04/13/12 | 001002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 1, Payment 18.23894% | 7100-900 | | 1,022.36 | 1,941.26 |
| 04/13/12 | 001003 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 2, Payment 18.23901% | 7100-900 | | 1,941.26 | 0.00 |

Page Subtotals        6,959.62        6,959.62

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-49825 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | FORBES, BARBARA J | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1864  GENERAL CHECKING |
| Taxpayer ID No: | *******0749 | | |
| For Period Ending: | 07/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,959.62 | 6,959.62 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,959.62 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,959.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,959.62 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********0902 | 7,000.68 | 41.06 | 0.00 |
| GENERAL CHECKING - ********1864 | 0.00 | 6,959.62 | 0.00 |
| | ------------------ | ------------------ | ------------------ |
| | 7,000.68 | 7,000.68 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 16.06b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*